# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| TERESA SUZANNE SKEEN, AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF PHILLIP CAMERON GIBSON II, DECEASED, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 1:20CV00017 |
| v. | ) **AMENDED**<br>) **SCHEDULING ORDER** |
| WASHINGTON COUNTY SHERIFF'S OFFICE, ET AL., | ) JUDGE JAMES P. JONES |
| Defendants. | ) |

The Scheduling Order entered January 13, 2021, is hereby amended as follows:

1. The jury trial date is May 23–26, 2022;

2. All discovery must be competed no later than February 22, 2022;

3. Any motion for summary judgment and any motion to exclude the testimony of an expert based on the sufficiency or reliability of the expert's testimony must be filed no later than March 9, 2022;

4. The plaintiff's expert disclosures must be made no later than December 24, 2021;

5. The defendants' expert disclosures must be made no later than January 23, 2022;

6. The pretrial disclosures required by Rule 26(a)(3)(A) must be made no later than May 9, 2022;

7. Any objection permitted by Rule 26(a)(3)(B) to dispositions and exhibits must be filed no later than May 16, 2022;

8. Any proposed jury instructions and voir dire questions must be submitted to the court no later than May 16, 2022; and

9. Except as amended herein, the prior Scheduling Order remains in effect.

It is so **ORDERED**.

ENTER:  December 1, 2021

/s/  JAMES P. JONES
Senior United States District Judge