IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **TERESA SUZANNE SKEEN, AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF PHILLIP CAMERON GIBSON II, DECEASED,**<br><br>Plaintiff,<br><br>v.<br><br>**WASHINGTON COUNTY SHERIFF'S OFFICE, ET AL.,**<br><br>Defendants. | Case No. 1:20CV00017<br><br>**FINAL JUDGMENT**<br><br>JUDGE JAMES P. JONES |

A Motion for Summary Judgment having been granted, it is **ADJUDGED AND ORDERED** that final judgment on the merits is entered in favor of the defendants.

The Clerk shall close the case.

ENTER: April 22, 2022

/s/ JAMES P. JONES
Senior United States District Judge